IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURIE FLEMING, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED <br><br> PLAINTIFF, <br><br> V. <br><br> CERTIFIED EMS, INC. D/B/A CPNS STAFFING, CPNS STAFFING, GODSON UCHENNA KANU A/K/A UCHE KANU, INDIVIDUALLY, AND CHG CORNERSTONE HOSPITAL OF HOUSTON, L.P. D/B/A CORNERSTONE HOSPITAL OF HOUSTON- CLEAR LAKE AND CORNERSTONE HOSPITAL OF HOUSTON- BELLAIRE, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-CV-03796 <br><br> COLLECTIVE ACTION |

## ORDER OF DISMISSAL OF DEFENDANT CORNERSTONE WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on December 18, 2018, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit against Defendant CHG Cornerstone Hospital Of Houston, L.P. d/b/a Cornerstone Hospital Of Houston- Clear Lake And Cornerstone Hospital Of Houston- Bellaire Cornerstone Hospital of Houston ("Cornerstone") be dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

SIGNED this **18th** day of **December**, 201**8**.

_____
UNITED STATES DISTRICT JUDGE