United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURIE FLEMING, on behalf of herself and all others SIMILARLY SITUATED, § § § § Plaintiff, § § V. § CIVIL ACTION NO. 4:17-CV-03796 § CERTIFIED EMS, INC., d/b/a CPNS § STAFFING, CPNS STAFFING, GODSON § UCHENNA KANU a/k/a UCHE KANU, § INDIVIDUALLY, and CHG CORNERSTONE § HOSPITAL OF HOUSTON, L.P. d/b/a § CORNERSTONE HOSPITAL OF HOUSTON- § CLEAR LAKE AND CORNERSTONE § HOSPITAL OF HOUSTON BELLAIRE § § Defendants. § | |

## ORDER

The only Defendants remaining in this action are Certified EMS Inc., CPNS Staffing, and Godson Uchenna "Uche" Kanu. Based on the stipulation of the Plaintiffs and those remaining defendants, this case is dismissed with prejudice. The court retains jurisdiction to enforce the settlement between Plaintiffs and Certified EMS Inc., CPNS Staffing, and Mr. Kanu.

This is a final judgment.

SIGNED this **11th** day of **February**, 2019.

_____
JUDGE PRESIDING